734

JOHN H. BALSTER, d/b/a BALSTER TRUCK SERVICE, Plaintiff, *v.* ROAD DISTRICT No. 11, Defendant.—(ROAD DISTRICT No. 11, Third-Party Plaintiff-Appellee, *v.* LAWRENCE R. JORDAN *et al.,* Third-Party Defendants-Appellants.)

(No. 11833; )

Fourth District—July 5, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Eldon H. Becker, of Petersburg, for appellants.

Samuel S. Blane, of Petersburg, and Pree & Pree, of Springfield, (Edward G. Pree and Ronald W. Olson, of counsel,) for appellee.